IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BALOISE INSURANCE LTD. et al.,** : | | |
| *Plaintiffs*, : | | **CIVIL ACTION** |
| : | | |
| **v.** : | | |
| : | | |
| **PHILADELPHIA TRUCK LINES, INC.,** : | | **No. 16-3813** |
| *Defendant*. : | | |

## O R D E R

**AND NOW**, this 12th day of January, 2017, upon consideration of Defendant's Motion to Dismiss (Docket No. 17), Defendant's Motion to Exclude the Expert Report, Testimony, and Opinions of Warren Jones (Docket No. 22), responses thereto, and oral argument held on December 12, 2016, it is **hereby ORDERED** that

1. Defendant's Motion to Dismiss (Docket No. 17) is **DENIED**;

2. Defendant's Motion to Exclude the Expert Report, Testimony, and Opinions of Warren Jones (Docket No. 22) is **DEEMED MOOT**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge